Winston **FORD**

v.

Earl **WALLEN** et al.

Court of Appeals of Kentucky.

April 17, 1959.

W. W. Burchett and C. B. Latta, Prestonsburg, for appellant.

Claude P. Stephens, Prestonsburg, for appellees.

PER CURIAM.

This is a motion for an appeal from an $800 judgment in favor of appellees for damages to real estate allegedly caused by appellant's negligent acts in the construction of a highway.

We have carefully considered the four claimed errors in the trial of this action, and do not find they merit reversal of the judgment.

The motion for appeal is denied and the judgment stands affirmed.